FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Judge Shea

NOV 03 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM M. BIDSTRUP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**WASHINGTON STATE DEPARTMENT OF NATURAL RESOURCES; DOUG SUTHERLAND, COMMISSIONER OF PUBLIC LANDS**, in his individual capacity; **FRANCEA L. McNAIR**, in her individual capacity; **GARY COOPER**, in his individual capacity; **AND ROBERT BRENNER**, in his individual capacity,<br><br>　　　　Defendants. | Cause No: CV-05-145-EFSHEA<br><br>STIPULATION AND ORDER<br>OF DISMISSAL |

Comes now the parties, who hereby stipulate that this matter may be dismissed, without prejudice, and without attorney fees or costs to either side.

LAW OFFICE OF HUGH J. McGAVICK

By: _____
　　Hugh J. McGavick, WSBA#12407
　　Attorney for Plaintiff

Stip & Order of Dismissal - 1

The Law Office of
HUGH J. McGAVICK
1722 Harrison Ave. NW, Suite "D"
Olympia WA 98502
(360) 352-4763
FAX (360) 352-4768

RECEIVED
NOV 03 2005
CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON

1  ATTORNEY GENERAL of WASHINGTON

2  By: _____
   Mark Anderson, AAG, WSBA #26352

3  Attorneys for Defendants

4                              ORDER

5

   Based upon the foregoing stipulation of the parties, it is hereby ORDERED THAT:

6

   This matter is hereby dismissed, without prejudice, and without costs or attorney fees

7

   to either side.

8
   Dated this ___3rd___ day of __November__, 2005.
9
                                         By: _____
10                                            U. S. District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Stip & Order of Dismissal - 2

25

The Law Office of
HUGH J. McGAVICK
1722 Harrison Ave. NW, Suite "D"
Olympia WA 98502
(360) 352-4763
FAX (360) 352-4768